IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CAMBRIDGE EDUCATIONAL CENTER, INC., </br></br>       Plaintiff, </br></br> v. </br></br> CHUNGSU JEON, a.k.a. ANDY JEON, </br></br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 1:11-cv-00996-GBL-TRJ |

### ORDER

Upon consideration of the Motion of Plaintiff for Preliminary Injunction, the Memorandum in Support, the Declaration of Jae Kim attached thereto, and the entire record herein, and it appearing that Defendant has failed to file any opposition to the Motion, it is, by the Court, this 14th day of October, 2011, hereby

ORDERED, that Defendant immediately perform his post-termination obligations under the Franchise Agreements, including, without limitation, his obligations to return to Plaintiff all Operating Manuals and other confidential materials provided to Defendant in connection with the operation of his former C2® Educational Centers; and it is

FURTHER ORDERED, that Defendant, and any person acting with or on behalf of Defendant, is hereby enjoined, until further Order of this Court, from having any interest, directly or indirectly, as a disclosed or beneficial owner, investor, partner, director, officer, employee in a management or sales capacity, consultant, representative or agent, or in any other capacity, in any Competitive Business (as that term is defined in the Cedar Park Franchise Agreement) operating (i) at 500 Cypress Creek Road, Suite 120, in Cedar Park, Texas, (ii) within

EAST\46949241.1

twenty-five (25) miles of 500 Cypress Creek Road, Suite 120, in Cedar Park, Texas, or (iii) within five (5) miles of any other C2® Educational Center in operation or under construction on the date of this Order; and it is

FURTHER ORDERED, that Defendant file with the Court and serve upon Plaintiff's counsel, within ten (10) days of the date of this Order, a written report, under oath, setting forth in detail the manner in which he has complied with this Order; and it is

FURTHER ORDERED, that, within ten (10) days of the date of this Order, Plaintiff shall inform Defendant of the costs and expenses, including attorneys fees, that Plaintiff has incurred in connection with filing and obtaining this Order, and within five (5) days thereafter, Defendant shall pay to Plaintiff the amount of those costs and expenses, including attorneys' fees.

Bond // Waived

By: /s/
Gerald Bruce Lee
United States District Judge

Judge Gerald Bruce Lee
United States District Court Judge