IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAMBRIDGE EDUCATIONAL CENTER, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHUNGSU JEON, a.k.a. ANDY JEON, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 1:11cv996 (GBL/TRJ) |

## ORDER OF CONTEMPT AND WARRANT FOR ARREST

THIS MATTER is before the Court on Plaintiff Cambridge Educational Center, Inc.'s ("Cambridge") Motion for Contempt and Sanctions (Dkt. Nos. 20, 24). Plaintiff Cambridge requests that this Court enter an Order holding Defendant Chungsu Jeon, a.k.a. Andy Jeon, in contempt for failing to comply with the terms of the Order entered by this Court on October 14, 2011 ("October 14 Order") (Dkt. No. 17) and imposing sanctions on Defendant Jeon, in an amount equal to the attorneys' fees and costs incurred by Plaintiff Cambridge in bringing this Motion. For the reasons stated in open Court on January 27, 2012, it is hereby

ORDERED that Plaintiff Cambridge's Motion for Contempt and Sanctions is GRANTED. It is further

ORDERED that the United States Marshals Service is directed to arrest Defendant Chungsu Jeon, a.k.a. Andy Jeon, and bring him before a United States Magistrate Judge of the United States District Court for the Eastern District of Virginia. It is further

JAN 3 0 2012

ORDERED that Defendant Chungsu Jeon present to Judge Lee a written plan for compliance with the October 14 Order. It is further

ORDERED that Defendant Chungsu Jeon remain in the custody of the United States Marshals Service until he presents the Court with a written plan for compliance with the October 14 Order and, upon satisfaction that Defendant Jeon is willing and prepared to comply with the October 14 Order, the Court will then consider entering an Order for his release. It is further

ORDERED that Plaintiff Cambridge is directed to file with this Court a motion for attorneys' fees and costs incurred by Plaintiff Cambridge in bringing its Motion for Contempt and Sanctions within ten (10) days of this Order. It is further

ORDERED that Plaintiff Cambridge is directed to serve a true copy of this Order on Defendant Chungsu Jeon within ten (10) days of this Order.

The Clerk is directed to forward a copy of this Order to counsel and to the United States Marshals Service.

Entered this 20 day of January, 2012.

Alexandria, Virginia
1 / 30 / 12

/s/
Gerald Bruce Lee
United States District Judge

2